**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

KYE KYUNG PARK, :
:
*Petitioner,* :
v. : No. 2:26-cv-07139
:
JOHN RIFE, :
:
*Respondent.* :

**ORDER**

**AND NOW**, this 16th day of September, 2026, upon consideration of Petitioner's Petition for a Writ of Habeas Corpus (Dkt. No. 1), and given the Government's failure to timely show cause as to why the Writ of Habeas Corpus should not be granted in compliance with this Court's Order (Dkt. No. 2), it is hereby **ORDERED** that the Petition is **GRANTED** as follows:

1. The Government shall **RELEASE** Petitioner from custody **immediately** and certify compliance with this Court's Order by way of docket entry, no later than September 17, 2026;
2. Upon release, the Government shall return all of Petitioner's personal belongings, including identification documents;
3. A hearing will be separately scheduled by Chambers, along with a briefing schedule, at which time the parties shall address the merits of the Petition;
4. The Government is enjoined from re-detaining Petitioner prior the aforementioned hearing.

It is **FURTHER ORDERED** that the Government's Motion for Extension of Time (Dkt. No. 4) is **DENIED**.

BY THE COURT:

GAIL A. WEILHEIMER, J.