**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| KYE KYUNG PARK , | : | |
| *Petitioner*, | : | |
| v. | : | No. 2:26-cv-7139 |
| JOHN E. RIFE, *et al.*, | : | |
| *Respondents*. | : | |

**ORDER**

**AND NOW**, this 17th day of September, 2026, the following is hereby **ORDERED**:

1. A hearing shall be held on **October 7, 2026, at 1:30 p.m., Courtroom 7B,** United States District Court, 601 Market Street, Philadelphia, Pennsylvania, to address Petitioner's Petition for Writ of Habeas Corpus.

2. The Government's response to Petitioner's Petition for Writ of Habeas Corpus is due no later than **September 24, 2026**. The Government's response is limited to 25 pages, double spaced in 12-point font.

3. Petitioner may file a reply to the Government's response no later than **October 1, 2026**. The reply shall be limited to 15 pages, double-spaced, in 12-point font.

4. This Court's September 16, 2026 Order (Dkt. No. 7) remains in full force and effect until the Court rules on the pending Petition.

BY THE COURT:

GAIL A. WEILHEIMER, J.